UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUC VAN NGUYEN,

        Petitioner,

   v.

DANIEL PARAMO,

        Respondent.

Case No. 15-cv-01915-HSG

**JUDGMENT**

For the reasons stated in the Order of Dismissal and Denying Certificate of Appealability, this action is DISMISSED as second or successive, and without prejudice to Petitioner filing a new petition if and when he obtains the necessary order from the Ninth Circuit.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge